IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TEARANCE GARNETT,<br><br>　　　　　　Defendant. | CR05-0551 SI<br>No. ~~CR-05-70658 BZ~~<br><br>**STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING**<br><br>Date: September 6, 2005<br>Court:　The Honorable Joseph C. Spero |

## STIPULATION

The parties agree to continue the preliminary hearing of defendant Tearance Garnett from September 6, 2005 to September 13, 2005. The purpose of the continuance is based on the request of the defendant's custodian, who will not be available to accompany him to court on September 6, 2005. Pursuant to FRCP 5.1(c), defendant Garnett hereby agrees to waive time for the preliminary hearing, and requests the Court to find that for good cause shown and in the interests of justice, the preliminary hearing is continued to September 13, 2005.

It is so stipulated.

DATED: 9/2/2005　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　ELIZABETH M. FALK
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender


DATED: 9/2/2005　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　MICHELLE MORGAN-KELLY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 6, 2005

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE