KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 00551 SI |
| Plaintiff, ) | ORDER AND STIPULATION FOR |
| ) | CONTINUANCE FROM SEPTEMBER 23, |
| v. ) | 2005 TO NOVEMBER 4, 2005 AND |
| ) | EXCLUDING TIME FROM THE SPEEDY |
| TEARANCE GARNETT, ) | TRIAL ACT CALCULATION (18 U.S.C. § |
| ) | 3161(h)(8)(A)) |
| Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status conference on November 4, 2005 at 11:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 23, 2005, to November 4, 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on a bond.

    2. Defense counsel is beginning to review discovery, and will be out of the office for two weeks in October, 2005.

    3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4. After a hearing on this matter on September 23, 2005, the Court finds that, taking into

1  account the public interest in the prompt disposition of criminal cases, the ends of justice served
2  by excluding the period from September 23, 2005 to November 4, 2005 outweigh the best
3  interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
4      7.  Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
5  on November 4, 2005, at 11:00 A.M., and (2) orders that the period from September 23, 2005 to
6  November 4, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
7  3161(h)(8)(A) & (B)(iv).
8  IT IS SO STIPULATED:
9  DATED:     10/05/05             /s/
                                       ELIZABETH FALK
10                                        Assistant Federal Public Defender
11
12 DATED:     9/23/05               /s/
                                       MICHELLE MORGAN-KELLY
13                                        Assistant United States Attorney
14 IT IS SO ORDERED.
15 DATED:_____
16                                        Judge

[GRANTED — signed by Judge Susan Illston, United States District Court, Northern District of California]

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 23, 2005 TO NOVEMBER 4, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

in the case of **UNITED STATES V. TEARANCE GARNETT, CR 05-00551 SI** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Elizabeth Falk**
**Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

__x__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2005

/s/
RAWATY YIM
United States Attorney's Office