KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6960
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEARANCE GARNETT, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00551-SI <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable SUSAN ILLSTON, Judge of the United States District Court for the Northern District of California:

The petition of Michelle Morgan-Kelly, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Tearance Garnett, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

//
//
//
//
//

prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

DATED: February 7, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MICHELLE MORGAN KELLY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February 8, 2006

HONORABLE SUSAN ILLSTON
United States District Court Judge

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: **THOMAS A. KLENIESKI,** Acting United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the Santa Rita Jail, Dublin, California:

### GREETINGS

WE COMMAND that on Friday, February 24, 2006, at 11:00 a.m., you have and produce the body of Tearance Garnett in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Susan Illston, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, so Tearance Garnett may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Tearance Garnett, and further to produce Tearance Garnett at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Susan Illston, Judge of the United States District Court for the Northern District of California.

DATED:   February 8, 2006          CLERK, UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

                                    By  s/Tracy Sutton
                                    _____
                                    DEPUTY CLERK