IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TEARANCE GARNETT,<br><br>    Defendant. | No. CR 05-0551 SI (BZ)<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE AND RELEASING DEFENDANT |

## STIPULATION

On March 9, 2006, this matter came on for hearing regarding alleged violations of the defendant's conditions of pretrial release. Ronald Tyler appeared on behalf of the defendant, standing in for Elizabeth Falk, his counsel of record. Joseph Fazioli appeared on behalf of the United States, standing in for Michelle Morgan-Kelly, the Assistant United States Attorney assigned to the case.

The parties orally stipulated that the appropriate resolution of the issue was to release the defendant from custody, but to modify his conditions of release by adding electronic monitoring. A representative of Pretrial Services was present and indicated that the office had no objection to the proposed resolution.

//

STIP & ORDER MODIFYING RELEASE CONDITIONS
*United States v. Tearance Garnett*
CR 05-0551 SI (BZ)                                  - 1 -

1  It is so stipulated.

2  DATED: 3·9·06

3  _____
   RONALD C. TYLER
4  Assistant Federal Public Defender
   Counsel for Tearance Garnett

5  DATED: 3/9/06

6  _____
   MICHELLE MORGAN-KELLY
7  Assistant United States Attorney

8  ORDER

9  Pursuant to Title 18 United States Code § 3142, the defendant is hereby ordered released from

10 custody. The Order Setting Conditions of Release entered by this Court on August 16, 2005 in the

11 above-captioned case is modified as follows:

12 Electronic Monitoring: The defendant shall be subject to electronic monitoring, as directed by

13 Pretrial Services.

14 In all other respects the August 16, 2005 Order Setting Conditions of Release remains in full

15 force and effect.

16

17

18 IT IS SO ORDERED.

19

20 DATED: 9/Mar 06  _____
21                  BERNARD ZIMMERMAN
                   UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

STIP & ORDER MODIFYING RELEASE CONDITIONS
*United States v. Tearance Garnett*
CR 05-0551 SI (BZ)                           - 2 -